## SUNRAY MID–CONTINENT OIL COMPANY

v.

## FEDERAL POWER COMMISSION.

No. 6142.

United States Court of Appeals
Tenth Circuit.

Oct. 24, 1960.

Dale E. Doty, Washington, D. C., and M. Darwin Kirk, James C. Denton, Jr., and Homer E. McEwen, Jr., Tulsa, Okl., for petitioner.

Willard W. Gatchell, General Counsel, and Howard E. Wahrenbrock, Solicitor, Federal Power Commission, Washington, D. C., for respondent.

Before MURRAH, Chief Judge, and PICKETT and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Dismissed on motion of respondent, counsel for petitioner consenting thereto.

## Severt H. REITHER

v.

## Raymond HOUGH, Trustee in Bankruptcy.

No. 6303.

United States Court of Appeals
Tenth Circuit.

Nov. 3, 1960.

Appeal from the United States District Court for the District of Colorado.

No attorney for appellant.

Frederick P. Cranston and L. James Arthur, Denver, Colo., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed on joint motion of the parties.

## GUARDIAN OIL & GAS COMPANY, Inc.,

v.

## Gordon CLARK, Trustee for Roy M. Johnson.

No. 6506.

United States Court of Appeals
Tenth Circuit.

Oct. 20, 1960.

Gene M. Gardner, Duncan, Okl., for appellant.

C. D. Cund, Duncan, Okl., and J. D. DeBois, Duncan, Okl., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

## V. O. HAVENS

v.

## Tracy A. HAND, Warden, Kansas State Penitentiary, Lansing, Kansas.

No. 6549.

United States Court of Appeals
Tenth Circuit.

Nov. 16, 1960.

Jack Owen Jevons, Denver, Colo., and A. Harry Crane, Topeka, Kan., for appellant.

John Anderson, Jr., Atty. Gen., and J. Richard Foth, Asst. Atty. Gen., State of Kansas, for appellee.

Before BRATTON, PICKETT and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.